IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:16mj 275 |
| ) | |
| JAMES WHITE, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JAMES WHITE, was on Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, in the Eastern District of Virginia.

2. Hunter Holmes McGuire Veterans Administration Medical Center is property administered by the Department of Veterans Affairs and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE
(Citation No. 6439955)

On or about October 14, 2016, in the Eastern District of Virginia at Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, property administered by the Department of Veterans Affairs, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, the defendant, JAMES WHITE, did knowingly possess or cause to be present a firearm or other dangerous weapon in a federal

facility, to wit, the Hunter Holmes McGuire Veterans Administration Medical Center. (In violation of Title 18, United States Code, Section 930).

                              DANA J. BOENTE
                              UNITED STATES ATTORNEY

By: _____
     Thomas A. Garnett
     Assistant United States Attorney