IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: 3:16MJ275 (DJN) |
| | ) |
| JAMES WHITE, | ) |
| Defendant. | ) |

ORDER

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Virginia, hereby dismisses the Criminal Information against the defendant.

Dana J. Boente
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

____/s/_____
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Dated: November 28, 2016